IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DENISE LEE HARRIS

 Plaintiff,

Vs.

ROYAL CARIBBEAN CRUISES, LTD.          JURY TRIAL DEMANDED

Defendant

## COMPLAINT

COMES NOW, Denise Lee Harris, hereinafter "Plaintiff", by and through undersigned counsel and sues Royal Caribbean Cruises Ltd., hereinafter "Defendant", for reasons set forth hereinbelow:

FEDERAL JURISDICTION – DIVERSITY AND FORUM SELECTION

1. Denise Lee Harris, hereinafter "Plaintiff" is a natural person who is a citizen and resident of the State of Florida in the United States of America.

2. Royal Caribbean Cruises Ltd., hereinafter "Defendant" is a corporation incorporated in the Republic of Liberia.

3. On January 18, 2020, while onboard Plaintiff's boat, Defendant tripped, fell and suffered damages in excess of $75,000.

4. Furthermore, the Cruise Contract between the parties specifies this Court as the forum for resolving disputes as for personal injuries.

5. Consequently, this Court has jurisdiction over this matter.

COUNT I - NEGLIGENCE[1]

Failure to Maintain

6. Plaintiff restate and adopts the allegations in Paragraphs 1 thorough 5.

7. On January 18, 2020, Plaintiff boarded a cruise ship in the United States port in San Juan, Puerto Rico.

8. Defendant owed Plaintiff a duty to exercise reasonable care in maintaining its cruise ship.

9. On January 18, 2020, while onboard, Plaintiff tripped, fell and broke the large bone in her left toe due the negligence of Defendant.

10. Plaintiff tripped on a drain which appeared flush with the floor, but in fact recessed below the level floor without warning and due to lacking maintenance.



---

[1] "[T]he owner of a ship in navigable waters owes to all who are on board for purposes not inimical to his legitimate interests the duty of exercising reasonable care under the circumstances of each case." *Balaschak v. Royal Caribbean Cruises, Ltd.*, No. 09-21196-CIV, 2009 WL 8659594, at *5 (S.D. Fla. Sept. 14, 2009);
citing *Kermarec v. Compagnie GeneraleTransatlantique,* 358 U.S. 625, 632 (1959).



11. Defendant breached its duty to Plaintiff by failing to maintain its cruise ship.

12. Defendant's breach of its duty to Plaintiff caused Plaintiff injuries and damages.

COUNT II- NEGLIGENCE

Failure to Warn

13. Plaintiff restate and adopts the allegations in Paragraphs 1 thorough 5.

14. On January 18, 2020, Plaintiff boarded a cruise ship in the United States port in San Juan, Puerto Rico.

15. Defendant owed Plaintiff a duty to exercise reasonable care in warning Plaintiff of known hazards about the ship.

16. On January 18, 2020, while onboard, Plaintiff tripped, fell and broke the large bone in her left toe due the negligence of Defendant.

17. Plaintiff tripped on a drain which appeared flush with the floor, but in fact recessed below the level floor due to lacking warning of this hazard.





18. Defendant breached its duty to Plaintiff by failing to warn Plaintiff of this hazard.

19. Defendant's breach of its duty to Plaintiff caused Plaintiff injuries and damages.

DEMAND FOR JURY TRIAL PURSUANT TO
RULE 38 OF FEDERAL RULES OF CIVIL PROCEDURE

20. Plaintiff personal injuries due to Defendant's negligence valued in excess of twenty dollars.

21. Plaintiff, thus demand trial by jury on all matters so triable.

DEMAND FOR RELIEF

WHEREFORE, Plaintiff, Denise Lee Harris asks this Honorable Court to enter judgment against Defendant Royal Caribbean Cruises Ltd., and award such damages, fees and costs, and such further relief as the Court deem mete and proper.

Respectfully Submitted,

**AMETHYST LAW GROUP**
100 South Ashley Drive, Suite 600
Tampa, Florida 33602
Main No.: (844) 482-1239
Fax: (813) 200 - 1811

s/ Amir Ghaeenzadeh
_____

**AMIR GHAEENZADEH, ESQ.**
Florida Bar No.: 104745
Amir@Amethystlawgroup.com
*Attorney for Plaintiff*